AARON ALEXANDER, plaintiff in error, *vs.* THE SOUTHERN EXPRESS COMPANY, defendant in error.

BY TWO JUDGES.—An action against an Express Company for a breach of contract, in failing to deliver plaintiff's goods according to contract, when the failure to deliver, as well as the contract, is alleged to be before June, 1865, is within the Act of October 13th, 1870, and affidavit must be filed as required by the 1st section of that Act.   5th March, 1872.

Taxes. Relief Act of 1870. Before Judge JOHNSON. Muscogee Superior Court. May Term, 1871.

In February, 1864, Alexander brought suit in which he averred that in March, 1863, at Mobile, Alabama, and Charleston, South Carolina, he entrusted certain goods to said company as a common-carrier, to be delivered to him at Columbus, Georgia, and that the company failed to deliver them, to his damage, etc. He had filed no affidavit as to payment of taxes on this debt as required by the Act of 13th October, 1870, and for that the Court dismissed the cause. That is assigned as error.

L. T. DOWNING, for plaintiff in error.

SMITH & ALEXANDER, for defendant.

McCAY, Judge.

Under the construction we have given to the Act of October 13th, 1870, we are of opinion that this debt was taxable

property on the 1st June, 1865. In the case of *Dawson vs. Ivy & Gerrard, supra*, we have specially alluded to this case, and stated our reasons for holding this debt to be such an one as is covered by the Act.